UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff<br><br>v.<br><br>JUNIPER NETWORKS, INC.,<br><br>Defendant | Case No. 6:20-cv-00903-ADA<br><br>JURY TRIAL DEMANDED |

## ORDER

The Court, having considered Defendant JUNIPER NETWORKS, INC.'s motion for extension of time to answer or otherwise respond to Plaintiff's complaint, finds that the motion for extension of time has merit and thus hereby GRANTS the motion for an extension.

Accordingly, the deadline for Defendant JUNIPER NETWORKS, INC. to answer or otherwise respond is extended until and including December 11, 2020.

DATED: November __, 2020

_____
HON. ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE