AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| WSOU Investments, LLC d/b/a Brazos Licensing and Development | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   6:20-cv-00903-ADA |
| JUNIPER NETWORKS, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development                    .

Date:    11/30/2020

/s/ Sarah G. Hartman
*Attorney's signature*

Sarah G. Hartman, California State Bar No. 281751
*Printed name and bar number*

BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California 92612

*Address*

shartman@brownrudnick.com
*E-mail address*

(949) 752-7100
*Telephone number*

(949) 252-1514
*FAX number*