UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC.,<br><br>Defendant. | No. 6:20-cv-00903-ADA<br><br>JURY TRIAL DEMANDED |

**BRAZOS'S NOTICE OF FILING OF PETITION FOR**
***INTER PARTES* REVIEW OF U.S. PATENT NO. 8,284,656**

Pursuant to the Court's Order Governing Proceedings – Patent Case (Dkt. 12), plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos"), hereby provides the Court with notice that a petition for *inter partes* review ("IPR") of the patent asserted in this case — U.S. Patent No. 8,284,656 ("the '656 patent") — has been filed:

### IPR2021-00769

| | |
|---|---|
| Petitioner: | Juniper Networks, Inc. ("Juniper")<br>(the defendant in this case) |
| Other Real Parties-in-Interest: | none |
| filing date: | April 5, 2021<br>(notice of filing date accorded not yet issued) |
| expected time for institution decision: | within 6 months of notification of filing date, *i.e.*, by about October 2021 |
| expected time for final written decision: | within 1 year of institution, *i.e.*, by about October 2022 |

The claim construction hearing in this case is scheduled for June 3, 2021 and trial has been scheduled to begin on July 11, 2022. *See* Case No. 6:20-cv-00812, Dkt. 38.

Juniper has filed an opposed motion to transfer this case to the Northern District of California, Dkt. 9, relating to which the parties are conducting discovery pursuant to the Court's

Standing Order Regarding Venue and Jurisdictional Discovery Limits for Patent Cases. Brazos intends to file its opposition to this motion by April 23, 2021. Juniper has also filed an opposed motion to stay the proceedings of this case pending the resolution of its motion to transfer, Dkt. 29. *See also* Dkt. 31 (Brazos's opposition to Juniper's motion to stay); Dkt. 32 (Juniper's reply in support of motion to stay).

|  |  |
|---|---|
| Dated: April 19, 2021 | Respectfully submitted,<br><br>*/s/ Raymond W. Mort, III*<br>Raymond W. Mort, III<br>Texas State Bar No. 00791308<br>raymort@austinlaw.com<br>THE MORT LAW FIRM, PLLC<br>100 Congress Avenue, Suite 2000<br>Austin, Texas 78701<br>tel/fax:   (512) 677-6825<br><br>David M. Stein<br>Texas State Bar No. 797494<br>dstein@brownrudnick.com<br>Sarah G. Hartman<br>California State Bar No. 281751<br>shartman@brownrudnick.com<br>BROWN RUDNICK LLP<br>2211 Michelson Drive, 7th Floor<br>Irvine, California 92612<br>telephone:  (949) 752-7100<br>facsimile:   (949) 252-1514<br><br>Edward J. Naughton<br>(admitted *pro hac vice*)<br>enaughton@brownrudnick.com<br>Rebecca MacDowell Lecaroz<br>(admitted *pro hac vice*)<br>rlecaroz@brownrudnick.com<br>BROWN RUDNICK LLP<br>One Financial Center<br>Boston, Massachusetts 02111<br>telephone:  (617) 856-8200<br>facsimile:   (617) 856-8201<br><br>Alessandra C. Messing<br>(admitted *pro hac vice*) |

amessing@brownrudnick.com
Timothy J. Rousseau
(admitted *pro hac vice*)
trousseau@brownrudnick.com
Yarelyn Mena
(admitted *pro hac vice*)
ymena@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, New York 10036
telephone:  (212) 209-4800
facsimile:  (212) 209-4801

*Counsel for Plaintiff*
*WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*