# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

WSOU Investments LLC d/b/a Brazos Licensing and Development

vs.

Juniper Networks, Inc.

Case No.: 6:20-cv-00812-ADA
6:20-cv-00813-ADA;
6:20-cv-00814-ADA;
6:20-cv-00815-ADA;
6:20-cv-00902-ADA;
6:20-cv-00903-ADA

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now **Dallas Bullard**, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent **Juniper Networks, Inc.** in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) **Quinn Emanuel Urquhart & Sullivan, LLP** with offices at:

   Mailing address: 555 Twin Dolphin Dr., 5th Floor

   City, State, Zip Code: Redwood City, CA 94065

   Telephone: (650) 801-5000    Facsimile: (650) 801-5100

2. Since **2016**, Applicant has been and presently is a member of and in good standing with the Bar of the State of **California**. Applicant's bar license number is **CA: 308354**.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | U.S. Dist. Ct. for N.D. Cal. | 2/21/2017 |
   | | |
   | | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.
Number: _____ on the _____ day of _____, _____.
Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: B. Russell Horton of George Brothers Kincaid & Horton, LLP

Mailing address: 114 W 7th Ste., 1100 Norwood Tower

City, State, Zip Code: Austin, TX 78701

Telephone: (512) 495-1400

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Dallas Bullard to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Dallas Bullard
[printed name of Applicant]

*[signature]*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 21 day of June, 2021.

Dallas Bullard
[printed name of Applicant]

*[signature]*
[signature of Applicant]

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

WSOU Investments LLC d/b/a Brazos Licensing and Development

vs.

Juniper Networks, Inc.

Case No.: 6:20-cv-00812-ADA;
6:20-cv-00813-ADA;
6:20-cv-00814-ADA;
6:20-cv-00815-ADA;
6:20-cv-00902-ADA;
6:20-cv-00903-ADA

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by _Dallas Bullard_, counsel for _Juniper Networks, Inc._, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and _Dallas Bullard_ may appear on behalf of _Juniper Networks, Inc._ in the above case.

IT IS FURTHER ORDERED that _Dallas Bullard_, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20 _21_ .

_____
UNITED STATES DISTRICT JUDGE